Between WRIGHT F. CONGAR, appellant, and FRANCIS DAVIS and others, respondents.

[Decided at November Term, 1863.]

*McDonald,* for appellant.

*Keasbey,* for respondents.

The decree of the Chancellor was affirmed by the following vote:

*For affirmance*—Judges COMBS, CORNELISON, ELMER, FORT, HAINES, KENNEDY, OGDEN, VAN DYKE, VREDENBURGH, WHELPLEY, WOOD—11.

*For reversal*—None.

---

HIRAM VAN DUYNE, appellant, and JAMES M. VAN DUYNE, respondent.

[Decided at November Term, 1863.]

This case is reported in Chancery, in 1 *McCarter* 397.

The court having in that cause decreed, among other things, that the appellant was " not entitled to the use of, or any title, interest, or estate in the lands mentioned and described in the second and third clauses of the said will of Martin J. Van Duyne, or in any part thereof, by virtue of any devise made to him, or to or for his use, in and by the said second or third clause of said will."

The appellant appealed from that part of the Chancellor's decree.

*Vanatta,* for appellant.

*Chandler* and *Bradley,* for respondent.

The part of the Chancellor's decree appealed from was reversed by the following vote:

*For affirmance*—Judges ELMER and VREDENBURGH—2.

*For reversal*—Judges CORNELISON, FORT, HAINES, KENNEDY, OGDEN, VAN DYKE, WHELPLEY—7.